IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Reed, Devonia T           Case Number:  04 B 16794
                                      Judge:  Hollis, Pamela S
Printed: 10/9/07                      Filed:  4/29/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: August 24, 2007
Confirmed: August 2, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 27,225.34 |  |
| Secured: |  | 19,401.81 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,000.00 |
| Trustee Fee: |  | 1,143.82 |
| Other Funds: |  | 5,679.71 |
| Totals: | 27,225.34 | 27,225.34 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Dollie I Warren-Reed | Administrative | 1,000.00 | 1,000.00 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Sherman Acquisition | Secured | 0.00 | 3,575.00 |
| 4. | EMC Mortgage Corporation | Secured | 10,621.90 | 9,930.64 |
| 5. | Wells Fargo Fin Acceptance | Secured | 4,396.16 | 4,396.16 |
| 6. | Midwest | Secured | 1,500.00 | 1,500.01 |
| 7. | Resurgent Capital Services | Unsecured | 784.17 | 0.00 |
| 8. | Midland Finance Company/CPS | Unsecured |  | No Claim Filed |
| 9. | I E I Financial Service | Unsecured |  | No Claim Filed |
| 10. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 11. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 12. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 13. | CB Accounts | Unsecured |  | No Claim Filed |
| 14. | CFC Financial Corp | Unsecured |  | No Claim Filed |
| 15. | Alliance One | Unsecured |  | No Claim Filed |
| 16. | Superior Asset Management | Unsecured |  | No Claim Filed |
| 17. | Helvey & Associates Inc | Unsecured |  | No Claim Filed |
| 18. | Christ Hospital | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 18,302.23 | $ 20,401.81 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 372.91 |
| 4% | 62.36 |
| 3% | 45.30 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Reed, Devonia T

Printed: 10/9/07

Case Number: 04 B 16794
Judge: Hollis, Pamela S
Filed: 4/29/04

|  |  |
|---|---|
| 5.5% | 275.67 |
| 5% | 75.43 |
| 4.8% | 156.49 |
| 5.4% | 155.66 |
|  | _____ |
|  | $ 1,143.82 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_